OFFICE OF DISCIPLINARY COUNSEL *v.* LILE.

[Cite as Disciplinary Counsel *v.* Lile (1987), 30 Ohio St. 3d 5.]

(D.D. No. 86-35—Decided April 1, 1987.)

6

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Crabbe, Brown, Jones, Potts & Schmidt* and *Larry H. James,* for respondent.

*Per Curiam.* Upon review of the record, arguments, and objections before the court, we concur with the board's findings that, by commingling client funds with general office funds, respondent violated DR 9-102(A) and (B); and that his further conduct detailed above violated DR 1-102(A)(4) and 1-102(A)(6).

Finding respondent's breaches of professional responsibility sufficiently egregious to warrant suspension beyond one year, we order that respondent be suspended from the practice of law in Ohio for a definite term of two years. It is further ordered that the costs of these proceedings be taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., PATTON, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

PATTON, J., of the Eighth Appellate District, sitting for SWEENEY, J.